**B1 (Official Form 1) (4/10)**

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION (ROCKFORD) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **Cooper, Nichelle N.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **fka Nichelle N. Smith** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): **xxx-xx-5253** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **5973 Apawamis Way Rockford, IL** ZIP CODE **61107** | Street Address of Joint Debtor (No. and Street, City, and State): ZIP CODE |
| County of Residence or of the Principal Place of Business: **Winnebago** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): **5973 Apawamis Way Rockford, IL** ZIP CODE **61107** | Mailing Address of Joint Debtor (if different from street address): ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [x] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined by 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2826048654)*

B1 (Official Form 1) (4/10)

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | Name of Debtor(s):  **Nichelle N. Cooper** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: **Eastern District of Missouri** | Case Number: **05-51576-659** | Date Filed: **8/18/2005** |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each  **X** /s/ Philip H. Hart                         7/25/2011 Philip H. Hart                                   Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** (Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or

**Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2826048654)*

B1 (Official Form 1) (4/10)

| **Voluntary Petition** | Name of Debtor(s): **Nichelle N. Cooper** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy

**X** /s/ Nichelle N. Cooper
_____
**Nichelle N. Cooper**

**X** _____

_____
Telephone Number (If not represented by attorney)

**7/25/2011**
_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting

**X** _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

**Signature of Attorney\***

**X** /s/ Philip H. Hart
_____
**Philip H. Hart**          Bar No. **03121821**

**UAW-Chrysler Legal Services Plan**
**600 S. State Street**
**Ste 200**
**Belvidere IL 61008**

Phone No. **(815) 544-2525**   Fax No. **(815) 547-7857**

**7/25/2011**
_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110 (h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Address

**X** _____

_____
Date

Signature of bankruptcy petiton preparer or officer, principal, responsible person, or

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the

If more than one person prepared this document, attach additional sheets

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may*

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas (210) 561-5300, Copyright 1996-2011 (Build 9.1.10.1, ID 2826048654)*

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                  Case No. _____

                                                                              (if known)

                    Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements
regarding credit counseling listed below.  If you
cannot do so, you are not eligible to file a bankruptcy case, and the court can
dismiss any case you do file.  If that happens,
you will lose whatever filing fee you paid, and your creditors will be able to**

*Every individual debtor must file this Exhibit D.  If a joint petition is filed, each spouse
must complete and file a separate Exhibit D.*

☑ 1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit counseling
provided to me.    *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency
approved by the United States trustee or bankruptcy administrator that outlined the
opportunities for available credit couseling
provided to me.    *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any
debt repayment plan developed through the agency no later than 14 days after your*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during
the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit
counseling requirement so I can file my bankruptcy case now.    *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit
counseling briefing within the first 30 days
after you file your bankruptcy petition and promptly file a certificate from the
agency that provided the counseling, together
with a copy of any debt management plan developed through the agency.
Failure to fulfill these requirements may result in
dismissal of your case.  Any extension of the 30-day deadline can be granted**

B 1D (Official Form 1, Exhibit D) (12/09)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:    **Nichelle N. Cooper**                                   Case No. _____

                                                                          (if known)

          Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

*Continuation Sheet No. 1*

☐  4. I am not required to receive a credit counseling briefing because of:    *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐  Incapacity.  (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental
      illness or mental deficiency so as to

   ☐  Disability.  (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the
      extent of being unable, after reasonable

   ☐  Active military duty in a military combat zone.

☐  5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and**

Signature of Debtor:    **/s/ Nichelle N. Cooper**_____
                                 Nichelle N. Cooper

Date:    _____**7/25/2011**_____

B6A (Official Form 6A) (12/07)

In re  **Nichelle N. Cooper**                                   Case No. _____
                                                                              (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting | Amount Of Secured Claim |
|---|---|---|---|---|
| Former Residence 9997 Lochiel Lane St. Louis, MO 63137 | Fee Simple | - | $100,000.00 | $120,337.12 |

|  |  |  | **Total:** $100,000.00 |  |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Nichelle N. Cooper**                                         Case No.  _____

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Acct @ Abd Federal CU | - | $100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | | furnishings, personal effects, appliances, household goods, clothing, knick knacks, lawn equipment, tools, small appliances | - | $1,000.00 |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nichelle N. Cooper**                                          Case No. _____

                                                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorpo-rated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nichelle N. Cooper**                                    Case No. _____
                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Cadillac Escalade | - | $500.00 |
| | | 2010 Chrysler 300M | - | $33,000.00 |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Nichelle N. Cooper**                                        Case No. _____

                                                                                          (if known)

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, Without Deducting |
|---|---|---|---|---|
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____3_____ continuation sheets attached          **Total >** | **$34,600.00**

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re  **Nichelle N. Cooper**                                          Case No. _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each | Value of Claimed | Current Value of Property Without |
|---|---|---|---|
| Checking Acct @ Abd Federal CU | 735 ILCS 5/12-1001(b) | 100.00 | $100.00 |
| furnishings, personal effects, appliances, household goods, clothing, knick knacks, lawn equipment, tools, small appliances | 735 ILCS 5/12-1001(b) | 1,000.00 | $1,000.00 |
| 1999 Cadillac Escalade | 735 ILCS 5/12-1001(b) | 500.00 | $500.00 |
| 2010 Chrysler 300M | 735 ILCS 5/12-1001(c) | 2,400.00 | $33,000.00 |
| *Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.* | | **$133,600.00** | **$34,600.00** |

B6D (Official Form 6D) (12/07)

In re  **Nichelle N. Cooper**                                    Case No. _____
(if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCT | UNSECURED PORTIO |
|---|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Beneficial Mortgage Company of MO**<br>**961 Weigel Drive**<br>**Elmhurst, IL 60126** | | - | DATE INCURRED:  **1996**<br>NATURE OF LIEN:<br>**Fee Simple**<br>COLLATERAL:<br>**Former Residence**<br>REMARKS:<br><br><br>VALUE:             **$96,000.00** | | | | $118,000.00 | $22,000.00 |
| ACCT #:<br><br>**Illinois Community Credit Union**<br>**508 W. State Street**<br>**Sycamore, IL 60178** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Vehicle Loan**<br>COLLATERAL:<br>**2010 Chrysler 300M**<br>REMARKS:<br><br><br>VALUE:             **$33,000.00** | | | | $32,000.00 | |
| ACCT #:<br><br>**Metropolitan Sewer District**<br>**ATTN:  Gwen**<br>**AR Dept, 4th Floor**<br>**2350 Market Street**<br>**St. Louis, MO 63103-2555** | | - | DATE INCURRED:<br>NATURE OF LIEN:<br>**Sewer**<br>COLLATERAL:<br>**Former Residence**<br>REMARKS:<br><br><br>VALUE:             **$96,000.00** | | | | $2,337.12 | |
| | | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | | $152,337.12 | $22,000.00 |
| | | | Total (Use only on last page) > | | | | $152,337.12 | $22,000.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of

B6E (Official Form 6E) (04/10)

In re  **Nichelle N. Cooper**                                               Case No. _____

                                                                                                (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian,
or responsible relative of such a child, or a governmental unit to whom such a domestic support

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to
qualifying independent sales representatives up to $11,725* per person earned within 180 days

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor,

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease or rental of property or services for personal, family, or household use,

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors
of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed

*Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of*

_____1_____continuation sheets attached

B6E (Official Form 6E) (04/10) - Cont.

In re  **Nichelle N. Cooper**                                                      Case No. _____

                                                                                              (If Known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| TYPE OF PRIORITY | Taxes and Certain Other Debts Owed to Governmental Units |
|---|---|

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF | AMOUNT ENTITLE | AMOUNT NOT ENTITLED TO PRIORIT |
|---|---|---|---|---|---|---|---|---|---|
| ACCT #: xxx-xx-5253 **Collector of Revenue Administration Building 41 South Central Clayton, MO 63105** | | - | DATE INCURRED: CONSIDERATION: **Personal Property Tax** REMARKS: | | | | **$10,004.00** | **$10,004.00** | **$0.00** |
| ACCT #: xxx-xx-5253 **Internal Revenue Service Insolvency Unit PO Box 7346 Philadelphia, PA 19101-7346** | | - | DATE INCURRED: **2006** CONSIDERATION: **Taxes** REMARKS: | | | | **$3,179.00** | **$3,179.00** | **$0.00** |
| ACCT #: xxx-xx-5253 **Missouri Department of Revenue Bankruptcy Unit P.O. Box 475 Jefferson City, MO  65105** | | - | DATE INCURRED: **2006** CONSIDERATION: **Taxes** REMARKS: | | | | **$4,486.82** | **$4,486.82** | **$0.00** |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

Sheet no. ____1____ of ____1____ continuation sheets
attached to Schedule of Creditors Holding Priority Claims

|  | Subtotals (Totals of this page) > | **$17,669.82** | **$17,669.82** | **$0.00** |
|---|---|---|---|---|
| | Total > | **$17,669.82** | | |
| **(Use only on last page of the completed Schedule E.** | | | | |
| **(Use only on last page of the completed Schedule E. If applicable, report also on the** | Totals > | | **$17,669.82** | **$0.00** |

B6F (Official Form 6F) (12/07)

In re  **Nichelle N. Cooper**                                    Case No. _____

                                                                                  (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **42**<br>**Account Resolution Corporation**<br>**17600 Chesterfield**<br>**Suite 201**<br>**Chesterfield, MO  63005** | | - | DATE INCURRED:  **4/1/2006**<br>CONSIDERATION:<br>**ACollection Account**<br>REMARKS: | | | | **$206.00** |
| ACCT #:  **217**<br>**Account Resolution Corporation**<br>**17600 Chesterfield**<br>**Suite 201**<br>**Chesterfield, MO  63005** | | - | DATE INCURRED:  **2008**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **$151.00** |
| ACCT #:  **67**<br>**Account Resolution Corporation**<br>**17600 Chesterfield**<br>**Suite 201**<br>**Chesterfield, MO  63005** | | - | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **$70.00** |
| ACCT #:  **xx1920**<br>**Afni, Inc.**<br>**PO Box 3097**<br>**Bloomington, IL  61702** | | - | DATE INCURRED:  **10/1/2007**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **$138.00** |
| ACCT #:<br>**All Credit Lenders**<br>**4875 East State Street**<br>**Rockford, IL  61108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **55**<br>**American Profit Recovery**<br>**34405 W 12 Mile Road, Ste. 379**<br>**Farmington Hills, MI  48331-5608** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | **$130.00** |
| | | | Subtotal > | | | | **$695.00** |
| ____**8**____continuation sheets attached | | | Total ><br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if | | | | |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxxxxxx4234**<br>**Chase Bank**<br>**P.O. Box 1997**<br>**Southgate, MI 48195** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $655.88 |
| ACCT #:  **xxx6420**<br>**Collections Unlimited TX Inc**<br>**1880 S. Dairy Ashford St., Ste. 180**<br>**Houston, TX 77077** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Santanna Energy Services**<br>REMARKS: | | | | $53.62 |
| ACCT #:  **190**<br>**Consumer Adjustment Co.**<br>**12855 Tesson Ferry Rd.**<br>**Suite 200**<br>**St. Louis, MO 63128** | | - | DATE INCURRED:  **2009**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $336.00 |
| ACCT #:  **571**<br>**Consumer Collection Mngt.**<br>**2333 Grissom Dr.**<br>**St. Louis, MO  63146** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $505.00 |
| ACCT #:  **394**<br>**Consumer Collection Mngt.**<br>**2333 Grissom Dr.**<br>**St. Louis, MO  63146** | | - | DATE INCURRED:  **2006**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $358.00 |
| ACCT #:  **xxxxxxxx6729**<br>**Credit One Bank**<br>**PO Box 98875**<br>**Las Vegas, NV  89193** | | - | DATE INCURRED:  **5/2009**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $612.00 |

Sheet no. ____1____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   **$2,520.50**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxx0037**<br>**Creditors Protection Services**<br>**202 W. State Street, Ste. 300**<br>**Rockford, IL 61101** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $52.00 |
| ACCT #:  **xxxxxxxx0037**<br>**Creditors Protection Services**<br>**202 W. State Street, Ste. 300**<br>**Rockford, IL 61101** | | - | DATE INCURRED:  **8/2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $58.00 |
| ACCT #:  **xxxxxxxxx0035**<br>**Creditors Protection Services**<br>**202 W. State Street, Ste. 300**<br>**Rockford, IL 61101** | | - | DATE INCURRED:  **4/2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $52.00 |
| ACCT #:  **xxxxxxxxx0034**<br>**Creditors Protection Services**<br>**202 W. State Street, Ste. 300**<br>**Rockford, IL 61101** | | - | DATE INCURRED:  **78**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $22,010.00 |
| ACCT #:  **1557**<br>**Dr. Jaime L. King**<br>**695 North Perryville Road, Ste. 3**<br>**Rockford, IL 61107** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $65.00 |
| ACCT #:  **3458**<br>**Enhanced Recovery Corporation**<br>**8014 Bayberry Rd.**<br>**Jacksonville, FL  32256** | | - | DATE INCURRED:  **2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $273.00 |

Sheet no. ____**2**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  $22,510.00

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**

Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #: **1458**<br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | - | DATE INCURRED: **12/2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $139.00 |
| ACCT #: **1181**<br>**EOS CCA**<br>**700 Longwater Drive**<br>**Norwell, MA 02061** | | - | DATE INCURRED: **8/2009**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $224.00 |
| ACCT #: **1016**<br>**FFCC-Columbus, Inc.**<br>**1550 Old Henderson Rd., Ste. 100**<br>**OH OH 73220** | | - | DATE INCURRED: **2009**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $53.00 |
| ACCT #: **902**<br>**FFCC-Columbus, Inc.**<br>**1550 Old Henderson Rd., Ste. 100**<br>**OH OH 73220** | | - | DATE INCURRED: **2008**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $75.00 |
| ACCT #: **xxxxxx0174**<br>**First Credit**<br>**P.O. Box 9300**<br>**Boulder, CO 80301** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Santanna Energy Svcs**<br>REMARKS: | | | | $1,704.39 |
| ACCT #: **xxx5241**<br>**First Credit Corporation**<br>**4730 Walnut Street, Ste. 100**<br>**Boulder, CO 80301** | | - | DATE INCURRED: **2010**<br>CONSIDERATION:<br>**Installment Sales Contract**<br>REMARKS: | | | | $1,704.00 |

Sheet no. ___3___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,899.39

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nichelle N. Cooper**                                          Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx5535**<br>**First Premier Bank**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD  57104** | | - | DATE INCURRED:  **11/1/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$125.00** |
| ACCT #:  **xxxxxxx7003**<br>**First Premier Bank**<br>**601 S. Minnesota Ave.**<br>**Sioux Falls, SD  57104** | | - | DATE INCURRED:  **4/1/2008**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$503.00** |
| ACCT #:<br>**Hampton Properties**<br>**3464 Hampton Ridge**<br>**Rockford, IL 61107** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**back rent**<br>REMARKS: | | | | **$4,054.77** |
| ACCT #:  **xx1428**<br>**HSBC**<br>**PO Box 5253**<br>**Carol Stream, IL  60197** | | - | DATE INCURRED:  **2007**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$424.00** |
| ACCT #:  **xxx3311**<br>**Integrity Financial Partners, Inc.**<br>**4370 W. 109th Street, Suite 100**<br>**Overland Park, KS 62211** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Chase**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Kramer & Frank, P.C.**<br>**9300 Dielman Ind. Dr., Ste. 100**<br>**St. Louis, MO  63132** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____4____ of ____8____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >  **$5,106.77**

Total >
(Use only on last page of the completed
Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**                                      Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxx9956**<br>**Midwest Support Services**<br>**PO Box 1706**<br>**St. Peters, MO 63376** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $460.92 |
| ACCT #:  **xxxx8565**<br>**Monroe & Main**<br>**1112 7th Avenue**<br>**Monroe, WI 53566-1364** | | - | DATE INCURRED:  **3/1/2006**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $225.00 |
| ACCT #:  **xxxxxxxx0050**<br>**MSCB, Inc**<br>**1410 Industrial Park Road**<br>**Paris, TN 38242** | | - | DATE INCURRED:  **10/1/2009**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $150.00 |
| ACCT #:  **x-xxx8388**<br>**Mutual Management Services**<br>**401 East State Street, 2nd Floor**<br>**P.O. Box 4777**<br>**Rockford, IL 61110** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Edgebrook Dermatology**<br>REMARKS: | | | | $184.94 |
| ACCT #:  **1864**<br>**National Recovery Agency**<br>**2491 Paxton Street**<br>**Harrisburg, PA 17111** | | - | DATE INCURRED:  **2/1/2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $93.00 |
| ACCT #:<br>**Nationwide Ins. Co. of America**<br>**P.O. 60068**<br>**City of Industry, CA 91716-0068** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Insurance**<br>REMARKS: | | | | $87.05 |

Sheet no. _____5_____ of _____8_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >          $1,200.91

**Total >**
**(Use only on last page of the completed**
**Schedule F.)**
**(Report also on Summary of Schedules and, if**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**                                    Case No. _____

(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **1478**<br>**NCO Financial**<br>**PO Box 13570**<br>**Philadelphia, PA  19101** | | - | DATE INCURRED:  **11/1/2005**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $100.00 |
| ACCT #:  **x9602**<br>**NCO Financial Systems**<br>**PO Box 15636**<br>**Wilmington, DE 19850** | | - | DATE INCURRED:  **6/1/2007**<br>CONSIDERATION:<br>**Collecting for**<br>REMARKS: | | | | $80.00 |
| ACCT #:<br>**Orchard Bank**<br>**P.O. Box 88000**<br>**Baltimore, MD  21288-0001** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $286.70 |
| ACCT #:  **xx3868**<br>**OSF Medical Group**<br>**P.O. Box 91011**<br>**Chicago, IL 60680** | | - | DATE INCURRED:  **2/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $167.77 |
| ACCT #:  **111**<br>**Payliance**<br>**3 Easton Oval, Ste. 210**<br>**Columbus, OH 43219** | | - | DATE INCURRED:  **9/1/2010**<br>CONSIDERATION:<br>**Return Check**<br>REMARKS: | | | | $50.00 |
| ACCT #:  **xx5653**<br>**Physicians Immediate Care**<br>**P.O. Box 2176, Dept. 5389**<br>**Milwaukee, WI 53201** | | - | DATE INCURRED:  **1/2011**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $183.33 |

Sheet no. ____**6**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >    **$867.80**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re   **Nichelle N. Cooper**                                        Case No. _____
(if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xxxx1580**<br>**Rockford Mercantile Agency, Inc**<br>**2502 S. Alpine Rd**<br>**Rockford, IL  61108** | | - | DATE INCURRED:  **12/1/2010**<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $1,250.00 |
| ACCT #:  **xx5695**<br>**Senex Services**<br>**3500 Depauw Blvd S**<br>**Indianapolis, IN  46268-1138** | | - | DATE INCURRED:  **6/1/2008**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $119.00 |
| ACCT #:  **291**<br>**Spartan Financial Services**<br>**13730 S. Point Blvd**<br>**Charlotte, NC 28273** | | - | DATE INCURRED:  **8/1/2005**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $1,761.00 |
| ACCT #:  **304**<br>**Spartan Financial Services**<br>**13730 S. Point Blvd**<br>**Charlotte, NC 28273** | | - | DATE INCURRED:  **9/1/2005**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $180.00 |
| ACCT #:  **xxxxx2842**<br>**SwedishAmerican Management Serv**<br>**2550 Charles Street**<br>**Rockford, IL 61108** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for Edgebrook Dermatology**<br>REMARKS: | | | | $27.38 |
| ACCT #:  **1932**<br>**United Collect Bur Inc.**<br>**5620 Southwyck Blvd.**<br>**Toledo, OH  43614** | | - | DATE INCURRED:  **6/1/2007**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $100.00 |

Sheet no. ___7___ of ___8___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal >   $3,437.38

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if

B6F (Official Form 6F) (12/07) - Cont.

In re  **Nichelle N. Cooper**                                      Case No. _____

                                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCT #:  **xx9919**<br>**University of Ill College of Medicine**<br>**University Medical Services**<br>**1601 Parkview Avenue**<br>**Rockford, IL 61107** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Medical**<br>REMARKS: | | | | $129.24 |
| ACCT #:  **2582**<br>**West Asset Management**<br>**7171 Mercy Road**<br>**Omaha, NE 68106** | | - | DATE INCURRED:  **12/1/2010**<br>CONSIDERATION:<br>**Collection Account**<br>REMARKS: | | | | $580.00 |
| ACCT #:<br>**WFDS/WDS**<br>**P.O. 1697**<br>**Winterville, NC 28590** | | - | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $2,961.00 |
| ACCT #:  **xxxx6691**<br>**WFNNB/Fashion Bug**<br>**4590 E. Broad Street**<br>**Columbus, OH 43213** | | - | DATE INCURRED:  **2002**<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $824.00 |
| | | | | | | | |
| | | | | | | | |

Sheet no. ____**8**____ of ____**8**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal > | $4,494.24 |
|---|---|---|
| | Total > | $44,731.99 |
| | (Use only on last page of the completed Schedule F.) | |
| | (Report also on Summary of Schedules and, if | |

B6G (Official Form 6G) (12/07)

In re  **Nichelle N. Cooper**                                        Case No. _____
                                                                            (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal
property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether
debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or

☐  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY |
|---|---|
| **Sprint** | Cell Phone Contract<br>Contract to be ASSUMED |

07/25/2011 09:37:41am

B6H (Official Form 6H) (12/07)

In re  **Nichelle N. Cooper**                                        Case No. _____

(if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor
in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or
territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-
year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

B6I (Official Form 6I) (12/07)

In re  **Nichelle N. Cooper**                                          Case No. _____
                                                                              (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married
debtor, whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.  Do not state the name of any minor child.

| Debtor's Marital Status: | Dependents of Debtor and Spouse | | | |
| --- | --- | --- | --- | --- |
| **Single** | Relationship(s): Daughter<br>Father<br>Boyfriend | Age(s): 13 yrs old<br>65 yrs old<br>44 yrs | Relationship(s): | Age(s): |
| **Employment:** | Debtor | | Spouse | |
| Occupation<br>Name of Employer<br>How Long Employed<br>Address of Employer | Assembler<br>Chrysler Motors<br>17 years<br>3000 W. Chrysler Drive<br>Belvediere, IL | | | |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | **DEBTOR** | **SPOUSE** |
| --- | --- | --- |
| 1.   Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $5,639.00 | |
| 2.   Estimate monthly overtime | | |
| 3.   SUBTOTAL | **$5,639.00** | |
| 4.   LESS PAYROLL DEDUCTIONS | | |
|      a. Payroll taxes (includes social security tax if b. is zero) | $1,030.00 | |
|      b. Social Security Tax | $300.00 | |
|      c. Medicare | $0.00 | |
|      d. Insurance | $0.00 | |
|      e. Union dues | $57.00 | |
|      f. Retirement | $0.00 | |
|      g. Other (Specify) _____ | $0.00 | |
|      h. Other (Specify) _____ | $0.00 | |
|      i. Other (Specify) _____ | $0.00 | |
|      j. Other (Specify) _____ | $0.00 | |
|      k. Other (Specify) _____ | $0.00 | |
| 5.   SUBTOTAL OF PAYROLL DEDUCTIONS | **$1,387.00** | |
| 6.   TOTAL NET MONTHLY TAKE HOME PAY | **$4,252.00** | |
| 7.   Regular income from operation of business or profession or farm (Attach detailed stmt) | $0.00 | |
| 8.   Income from real property | $0.00 | |
| 9.   Interest and dividends | $0.00 | |
| 10.  Alimony, maintenance or support payments payable to the debtor for the debtor's use or<br>      that of dependents listed above | $0.00 | |
| 11.  Social security or government assistance (Specify): _____ | $0.00 | |
| 12.  Pension or retirement income | $0.00 | |
| 13.  Other monthly income (Specify): | | |
|      a._____ | $0.00 | |
|      b._____ | $0.00 | |
|      c._____ | $0.00 | |
| 14.  SUBTOTAL OF LINES 7 THROUGH 13 | **$0.00** | |
| 15.  AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | **$4,252.00** | |
| 16.  COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | **$4,252.00** | |

(Report also on Summary of Schedules and, if applicable,
on Statistical Summary of Certain Liabilities and Related Data)

17.  Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None.**

B6J (Official Form 6J) (12/07)

IN RE:  **Nichelle N. Cooper**                                                           Case No. _____
                                                                                                                (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the
debtor's family at time case filed.  Prorate any
payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.
     Complete a separate schedule of expenditures

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home)<br> a. Are real estate taxes included?  ☐ Yes  ☑ No<br> b. Is property insurance included?  ☐ Yes  ☑ No | $1,000.00 |
| 2. Utilities:  a. Electricity and heating fuel<br>     b. Water and sewer<br>     c. Telephone<br>     d. Other:  Cable | $410.00<br>$0.00<br>$50.00<br>$80.00 |
| 3. Home maintenance (repairs and upkeep)<br>4. Food<br>5. Clothing<br>6. Laundry and dry cleaning<br>7. Medical and dental expenses<br>8. Transportation (not including car payments)<br>9. Recreation, clubs and entertainment, newspapers, magazines, etc.<br>10. Charitable contributions | $100.00<br>$650.00<br>$110.00<br>$45.00<br>$160.00<br>$200.00<br>$100.00<br>$10.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments)<br>     a. Homeowner's or renter's<br>     b. Life<br>     c. Health<br>     d. Auto<br>     e. Other: | <br>$0.00<br>$0.00<br>$0.00<br>$230.00<br> |
| 12. Taxes (not deducted from wages or included in home mortgage payments)<br>Specify: | |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan)<br>     a. Auto:   Vehicle payment<br>     b. Other:<br>     c. Other:<br>     d. Other: | <br>$654.00<br><br><br> |
| 14. Alimony, maintenance, and support paid to others:<br>15. Payments for support of add'l dependents not living at your home:<br>16. Regular expenses from operation of business, profession, or farm (attach detailed statement)<br>17.a. Other:  See attached personal expenses<br>17.b. Other: | <br><br><br>$278.00<br> |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17.  Report also on Summary of Schedules and,<br>     if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | **$4,077.00** |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: **None.**

20. STATEMENT OF MONTHLY NET INCOME
| | |
|---|---:|
| a. Average monthly income from Line 15 of Schedule I | $4,252.00 |
| b. Average monthly expenses from Line 18 above | $4,077.00 |
| c. Monthly net income (a. minus b.) | $175.00 |

07/25/2011 09:37:43am

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  **Nichelle N. Cooper**                                     CASE NO

                                                                  CHAPTER    **7**

## EXHIBIT TO SCHEDULE J

## Itemized Personal Expenses

| Expense | Amount |
|---|---:|
| Hair Care | **$33.00** |
| Pet Care | **$25.00** |
| School Lunches | **$35.00** |
| Home Security System | **$35.00** |
| Internet | **$50.00** |
| Mobile Phone | **$100.00** |
| **Total >** | **$278.00** |

07/25/2011 09:37:45am

B6 Summary (Official Form 6 - Summary) (12/07)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re  **Nichelle N. Cooper**                                    Case No.

                                    Chapter      **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of
pages in each.  Report the totals from
Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A
and B to determine the total amount of the
debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $100,000.00 | | |
| B - Personal Property | Yes | 4 | $34,600.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $152,337.12 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $17,669.82 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $44,731.99 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $4,252.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $4,077.00 |
| TOTAL | | 23 | $134,600.00 | $214,738.93 | |

Form 6 - Statistical Summary (12/07)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

In re  **Nichelle N. Cooper**

Case No.

Chapter    **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101
(8) of the Bankruptcy Code (11 U.S.C.

☐    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts.  You are not required to report any
information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units | $17,669.82 |
| Claims for Death or Personal Injury While Debtor Was | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar | $0.00 |
| TOTAL | $17,669.82 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $4,252.00 |
| Average Expenses (from Schedule J, Line 18) | $4,077.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B | $5,639.83 |

**State the following:**

| | | |
|---|---|---|
| 1.  Total from Schedule D, "UNSECURED PORTION, IF ANY" | | $22,000.00 |
| 2.  Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" | $17,669.82 | |
| 3.  Total from Schedule E, "AMOUNT NOT ENTITLED TO | | $0.00 |
| 4.  Total from Schedule F | | $44,731.99 |
| 5.  Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $66,731.99 |

07/25/2011 09:37:46am

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Nichelle N. Cooper**

Case No. _____

(if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **25** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **7/25/2011** _____

Signature  **/s/ Nichelle N. Cooper** _____

**Nichelle N. Cooper**

Date _____

Signature _____

[If joint case, both spouses must sign.]

_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or_

B7 (Official Form 7) (04/10)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                    Case No. _____

                                                                    (if known)

# STATEMENT OF FINANCIAL AFFAIRS

---

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this
case was commenced.  State also the gross amounts received during the two years immediately preceding this calendar year.  (A debtor that
maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may

| AMOUNT | SOURCE |
|---|---|
| $79,532.00 | adjusted gross income for 2009 |
| $78,710.00 | adjusted gross income for 2010 |
| $33,834.00 | gross income for first 6 mos. of 2011 |

---

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the
two years immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse

---

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a.  Individual or joint debtor(s) with primarily consumer debts:  List all payments on loans, installment purchases of goods or services, and other
debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that
constitutes or is affected by such transfer is less than $600.  Indicate with an asterisk (*) any payments that were made to a creditor on account

---

None ☑

b.  Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately
preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than
$5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support
obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.

---

None ☑

c.  All debtors:  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors
who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this
bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Hampton Properties v. Nichelle Cooper | Rent | Winnebago County, Illinois | Pending |

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                    Case No. _____

(if known)

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

None
☑    b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding
the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include

---

**5. Repossessions, foreclosures and returns**
None
☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned
to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must

---

**6. Assignments and receiverships**
None
☑    a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both

---

None
☑    b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include

---

**7. Gifts**
None
☑    List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual
gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100

---

**8. Losses**
None
☑    List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the
commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include

---

**9. Payments related to debt counseling or bankruptcy**
None
☑    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt
consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year

---

**10. Other transfers**
None
☑    a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred
either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12

---

None
☑    b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                    Case No.   _____

                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise
transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations,

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately
preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this
case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied
during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana,
Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic
substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or
regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated
by the debtor, including, but not limited to, disposal sites.

---

None ☑   a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or
potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                    Case No. _____

                                                                                                (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

None ☑ b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.

---

None ☑ c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is

---

None ☑ **18. Nature, location and name of business**

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership,
sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the
commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately
preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending
dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or

---

None ☑ b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been,
within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of
more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or
self-employed in a trade, profession, or other activity, either full- or part-time.

---

None ☑ **19. Books, records and financial statements**

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the

---

None ☑ b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account

---

None ☑ c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the

---

None ☑ d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                          Case No.  _____

                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

**20. Inventories**

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member

---

None ☑  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or

---

**22. Former partners, officers, directors and shareholders**

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form,
bonuses, loans, stock redemptions, options exercised and any other perquisite during one year

---

**24. Tax Consolidation Group**

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax
purposes of which the debtor has been a member at any time within six years immediately preceding

---

**25. Pension Funds**

None ☑  If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer,
has been responsible for contributing at any time within six years immediately preceding the

07/25/2011 09:37:47am

B7 (Official Form 7) (04/10) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

In re:   **Nichelle N. Cooper**                                  Case No. _____

                                                                                      (if known)

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **7/25/2011**_____                Signature _____**/s/ Nichelle N. Cooper**_____
                                                                            of Debtor       ***Nichelle N. Cooper***

Date _____                Signature _____
                                                                            of Joint Debtor
                                                                            (if any)

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to
5 years, or both.*

B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION (ROCKFORD)**

IN RE:  **Nichelle N. Cooper**                                         CASE NO

                                                                              CHAPTER   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>Beneficial Mortgage Company of MO<br>961 Weigel Drive<br>Elmhurst, IL 60126 | **Describe Property Securing Debt:**<br>Former Residence |

Property will be (check one):
☒ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

| Property No.   2 | |
|---|---|
| **Creditor's Name:**<br>Illinois Community Credit Union<br>508 W. State Street<br>Sycamore, IL 60178 | **Describe Property Securing Debt:**<br>2010 Chrysler 300M |

Property will be (check one):
☐ Surrendered          ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☒ Reaffirm the debt
☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
☐ Claimed as exempt          ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION (ROCKFORD)

IN RE:  **Nichelle N. Cooper**                                         CASE NO

                                                                   CHAPTER    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

| Property No.   3 | |
|---|---|
| **Creditor's Name:**<br>Metropolitan Sewer District<br>ATTN:  Gwen<br>AR Dept, 4th Floor<br>2350 Market Street<br>St. Louis, MO 63103-2555 | **Describe Property Securing Debt:**<br>Former Residence |

Property will be (check one):
   ☑ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
   ☐ Redeem the property
   ☐ Reaffirm the debt
   ☐ Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):

Property is (check one):
   ☐ Claimed as exempt          ☑ Not claimed as exempt

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>Sprint | **Describe Leased Property:**<br>Cell Phone Contract | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES ☑          NO ☐ |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or**

Date **7/25/2011** _____        Signature **/s/ Nichelle N. Cooper** _____
                                                              *Nichelle N. Cooper*

Date _____        Signature _____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION (ROCKFORD)

IN RE:   **Nichelle N. Cooper**

CASE NO

CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the
attorney for the above-named debtor(s) and
that compensation paid to me within one year before the filing of the petition in
bankruptcy, or agreed to be paid to me, for

| | |
|---|---|
| For legal services, I have agreed to accept: | **$0.00** |
| Prior to the filing of this statement I have received: | **$0.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:

☐ Debtor      ☑ Other (specify)
**Pre-paid Legal Service through debtor's employer, Chrysler Group, LLC**

3. The source of compensation to be paid to me is:

☐ Debtor      ☑ Other (specify)
**Pre-paid Legal Services through the debtor's employer, Chrysler Group. LLC**

4. ☑  I have not agreed to share the above-disclosed compensation with any other
person unless they are members and

☐  I have agreed to share the above-disclosed compensation with another person
or persons who are not members or
associates of my law firm.  A copy of the agreement, together with a list of the

5. In return for the above-disclosed fee, I have agreed to render legal service for all
aspects of the bankruptcy case, including:
a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in
determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statements of affairs and plan
which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing,
and any adjourned hearings thereof;
d.  Representation of the debtor in adversary proceedings and other contested
bankruptcy matters;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION (ROCKFORD)**

IN RE:  **Nichelle N. Cooper**                                         CASE NO

                                                                                    CHAPTER    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or
arrangement for payment to me for

| 7/25/2011 | /s/ Philip H. Hart |
|:---:|:---|
| *Date* | *Philip H. Hart*        Bar No.  03121821 |
| | UAW-Chrysler Legal Services Plan |
| | 600 S. State Street |
| | Ste 200 |
| | Belvidere IL  61008 |
| | Phone: (815) 544-2525 / Fax: (815) 547-7857 |

  /s/ Nichelle N. Cooper

**Nichelle N. Cooper**